LINDA MILLER SAVITT, SBN 094164
GORDON N. KOJIMA, SBN 127976
BALLARD, ROSENBERG, GOLPER & SAVITT LLP
10 Universal City Plaza, Sixteenth Floor
Universal City, CA 91608-1097
Telephone:  818-508-3700
Facsimile:   818-506-4827

Attorneys for Defendants,
NORTHERN INYO COUNTY LOCAL HOSPITAL
DISTRICT, HERMAN J. SPENCER and
MARSHA WINSTON

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. HUNTSINGER,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN INYO COUNTY LOCAL HOSPITAL DISTRICT, a public entity; HERMAN J. SPENCER, an individual; MARSHA WINSTON, an individual; and DOES 1 through 25, Inclusive,<br><br>Defendants. | CASE NO. 1:03-cv-5070 REC TAG<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SETTLEMENT CONFERENCE FROM MAY 26, 2005 TO JUNE 17, 2005; ORDER THEREON** |

**WHEREAS**:

A.   The Court recently scheduled a Mandatory Settlement Conference ("MSC") for May 26, 2005;

B.   Defense counsel did not have an opportunity to clear this date with the participants for the Defendants prior to the date being scheduled;

C.   One of the mandatory participants for Defendants (Linda Bessin of Beta Healthcare Group) will be out of the country during the week of May 23, 2005 for a previously scheduled vacation;

D.   The parties lodged a Stipulation for the advancement of the Mandatory Settlement Conference from May 26, 2005 to May 9, 2005 which was rejected;

-1-
STIPULATION FOR CONTINUANCE OF MANDATORY SETTLEMENT CONFERENCE
322575.1

1      E.    There is a bond election on June 7, 2005 which will make it difficult for John Halfen, Administrator of Northern Inyo Hospital to attend a Mandatory Settlement Conference prior to this date;

    F.    The parties and all participants are available to attend a Mandatory Settlement Conference on June 17, 2005.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, by and through their respective counsel of record herein, that the Mandatory Settlement Conference be continued from May 26, 2005 to June 17, 2005, commencing at 10:00 a.m., in the Courtroom of the Honorable Theresa A. Goldner, located at 1200 Truxton, Suite 120, Bakersfield, CA 93801.

**IT IS SO STIPULATED AND AGREED.**

DATED: April 21, 2005                        BERGER, SILVERMAN & GEPHART

By:    /s/
       ROBERT HANNA
Attorneys for Plaintiff,
ANTHONY HUNTSINGER

DATED: April 21, 2005                        BALLARD, ROSENBERG,
                                                     GOLPER & SAVITT LLP

By:    /s/
       GORDON N. KOJIMA
Attorneys for Defendants,
NORTHERN INYO COUNTY LOCAL
HOSPITAL DISTRICT, HERMAN J.
SPENCER AND MARSHA WINSTON

BALLARD, ROSENBERG, GOLPER & SAVITT LLP
10 UNIVERSAL CITY PLAZA, SIXTEENTH FLOOR
UNIVERSAL CITY, CA 91608-1097

## ORDER

Pursuant to the foregoing Stipulation, IT IS ORDERED THAT the Mandatory Settlement Conference, presently scheduled for May 26, 2005, is continued to June 17, 2005, at 10:00 a.m., in the chambers of the Honorable Theresa A. Goldner, located at 1200 Truxtun Avenue, Suite 120, Bakersfield, California 93301. Confidential settlement conference statements must be delivered to Judge Goldner's chambers at least three court days before the settlement conference.

IT IS SO ORDERED.

Dated: April 22, 2005

THE HONORABLE THERESA A. GOLDNER
United States Magistrate Judge