```
LINDA MILLER SAVITT, SBN 094164
GORDON N. KOJIMA, SBN 127976
BALLARD, ROSENBERG, GOLPER & SAVITT LLP
10 Universal City Plaza, Sixteenth Floor
Universal City, CA 91608-1097
Telephone: 818-508-3700
Facsimile:  818-506-4827
```

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants,
NORTHERN INYO COUNTY LOCAL HOSPITAL DISTRICT, HERMAN J. SPENCER and MARSHA WINSTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. HUNTSINGER,<br><br>　　Plaintiff,<br><br>vs.<br><br>NORTHERN INYO COUNTY LOCAL HOSPITAL DISTRICT, a public entity; HERMAN J. SPENCER, an individual; MARSHA WINSTON, an individual; and DOES 1 through 25, Inclusive,<br><br>　　Defendants. | CASE NO. CV-03-F-5070 REC TAG<br><br>STIPULATION FOR CONTINUANCE OF MANDATORY SETTLEMENT CONFERENCE; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED by and between Plaintiff Anthony Huntsinger and Defendants Northern Inyo Hospital Local Healthcare District, Herman J. Spencer and Marsha Winston, by and through their respective counsel of record, that the Mandatory Settlement Conference, currently calendared for June 17, 2005, be continued to a date in October or November 2005 after the dispositive motions have been filed (and presumably ruled upon by the Court). Good cause exists for this Stipulation on the following grounds:

　　1. In December 2003, Defendants communicated their opening settlement offer in this case;

-1-
STIPULATION FOR CONTINUANCE OF MSC; [PROPOSED] ORDER

323171.1

2. At the Mediation on April 22, 2005, Plaintiff communicated an opening settlement demand. The Defendants counter-offer was rejected by Plaintiff with no further negotiations; and

3. Because the spread between the last offer and the Plaintiff's demand is $280,000.00, it appears appropriate to proceed with discovery and the dispositive motions which will be filed by the Defendants.

DATED: May 6, 2005

BERGER, SILVERMAN & GERHART

By: _____
Michael Berger
Attorney for Plaintiff,
ANTHONY W. HUNTSINGER

DATED: May 6, 2005

BALLARD, ROSENBERG,
GOLPER & SAVITT LLP

By: _____
Gordon N. Kojima
Attoneys for Defendants,
NORTHERN INYO COUNTY LOCAL
HOSPITAL DISTRICT, HERMAN J.
SPENCER and MARSHA WINSTON

-2-
STIPULATION FOR CONTINUANCE OF MSC; [PROPOSED] ORDER

323171.1

BALLARD, ROSENBERG, GOLPER & SAVITT LLP
10 UNIVERSAL CITY PLAZA, SIXTEENTH FLOOR
UNIVERSAL CITY, CA 91608-1097

## ORDER

Pursuant to the foregoing stipulation and good cause appearing, IT IS ORDERED THAT the Mandatory Settlement Conference, currently calendared for June 17, 2005, at 10:00 a.m., is continued to **November 16**, 2005, at 10:00 a.m. before Magistrate Judge Goldner, at 1200 Truxtun Avenue, Suite 120, Bakersfield, California. *

Dated: June 1, 2005

/s/ Theresa A. Goldner
The Honorable Theresa A. Goldner
Magistrate Judge, U.S. District Court

* Settlement Conference Statements to be delivered to Judge Goldner's chambers at least five court days before the Settlement Conference.

/s/

-3-
STIPULATION FOR CONTINUANCE OF MSC; [PROPOSED] ORDER

323171.1