```
LINDA MILLER SAVITT, SBN 094164
GORDON N. KOJIMA, SBN 127976
BALLARD, ROSENBERG, GOLPER & SAVITT LLP
10 Universal City Plaza, Sixteenth Floor
Universal City, CA 91608-1097
Telephone: 818-508-3700
Facsimile: 818-506-4827
```

(SPACE BELOW FOR FILING STAMP ONLY)

2005 OCT 19 A 9:40

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF

BY_____
    DEPUTY

Attorneys for Defendants,
NORTHERN INYO COUNTY LOCAL HOSPITAL
DISTRICT, HERMAN J. SPENCER and
MARSHA WINSTON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. HUNTSINGER,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN INYO COUNTY LOCAL HOSPITAL DISTRICT, a public entity; HERMAN J. SPENCER, an individual; MARSHA WINSTON, an individual; and DOES 1 through 25, Inclusive,<br><br>Defendants. | CASE NO. CV-F-03-5070 REC TAG<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER** |

It is hereby stipulated by and between plaintiff Anthony Huntsinger and Defendants Northern Inyo County Local Hospital District, Herman J. Spencer and Marsha Winston, by and through their respective counsel of record that the entire action be dismissed with prejudice, with each of the parties to this action to bear their own costs and attorney's fees.

///
///
///
///

-1-
STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | DATED: September 7, 2005 | BERGER, SILVERMAN & GEPHART |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | ROBERT S. HANNA<br>Attorneys for Plaintiff<br>ANTHONY HUNTSINGER |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | DATED: September 21, 2005 | BALLARD, ROSENBERG, GOLPER & SAVITT LLP |
| 11 | | |
| 12 | | By: _____ |
| 13 | | GORDON N. KOJIMA<br>Attorneys for Defendants,<br>NORTHERN INYO COUNTY LOCAL<br>HOSPITAL DISTRICT, HERMAN J.<br>SPENCER and MARSHA WINSTON |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |

### ORDER

Pursuant to the foregoing stipulation and good cause appearing, IT IS SO ORDERED.

Dated: Oct 18, 05

The Honorable Robert E. Coyle,
Judge, United States District Court

-2-
STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

BALLARD, ROSENBERG, GOLPER & SAVITT LLP
10 UNIVERSAL CITY PLAZA, SIXTEENTH FLOOR
UNIVERSAL CITY, CA 81608-1097

AUG-31-2005 16:57    Ballard Rosenberg    818 506 4827    P.14

# PROOF OF SERVICE

I am a citizen of the United States, and am employed in the County of Los Angeles in the office of a member of the bar of this Court at whose directions this service was made. I am over the age of 18, and not a party to the within action. My business address is Ballard, Rosenberg, Golper & Savitt LLP, 10 Universal City Plaza, Sixteenth Floor, Universal City, California 91608-1097. On September 21, 2005, I served the foregoing document described as: **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER** on the interested parties in this action, by placing a true copy thereof in a sealed envelope addressed as follows:

Robert S. Hanna, Esq.
BERGER, SILVERMAN & GEPHART
4 Oak Tree Place
Post Office Box 1768
Mammoth Lakes, CA 93546
760-934-6215   760-934-4063 fax

\_\_\_\_   **VIA FACSIMILE**; and

\_\_\_\_   **(BY FEDEX)** I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express. Under that practice, in the ordinary course of business, it would be deposited with Federal Express on that same day with directions for next day delivery, with the Federal Express fees guaranteed to be paid by Ballard, Rosenberg, Golper & Savitt, LLP.

\_\_\_\_   **(BY MAIL)** and personally placing such envelope with postage fully prepaid with the United States Postal Service at Universal City, California.

__X__   **(BY MAIL)** and personally placing such envelope with postage fully prepaid for collection and mailing on the above-referenced date following the ordinary business practices of this office. I am readily familiar with our office's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service at Universal City on the above-referenced date.

\_\_\_\_   **(BY PERSONAL SERVICE)** I delivered such envelope(s) by hand to the above-addressee(s).

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States. Executed on September 21, 2005 at Universal City, California.

*Anna Gonzalez* (signature)
Anna Gonzalez

-3-
STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

328475.1